UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MALA R. CHINOY,
    Plaintiff

vs. : CIVIL NO. 11-cv-1263

THE PENNSYLVANIA STATE
UNIVERSITY, *et al.*,
    Defendants.

## *O R D E R*

AND NOW, this 17th day of December, 2013, upon consideration of Defendant's motion for summary judgment (Doc. 45), Plaintiff's motion for summary judgment (Doc. 53), and the parties' briefs, and pursuant to the accompanying Memorandum, it is ordered that:

1. Defendant's motion for summary judgment (Doc. 45) is granted.

2. Plaintiff's motion for partial summary judgment (Doc. 53) is denied.

3. The Clerk of Court shall enter judgment in favor of the defendants and against plaintiff and close this file.

4. Plaintiff's continuance motion (Doc. 85) is mooted by this order and is denied.

        /s/William W. Caldwell
        William W. Caldwell
        United States District Judge